IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 97-50821
Summary Calendar

ELIGIO I. AMADOR,

Plaintiff-Appellant,

versus

JUANITA DORMAN, Class Supervisor, ET AL.,

Defendant-Appellees.

Appeal from the United States District Court
for the Western District of Texas
(P-96-CA-90)

August 10, 1998

Before KING, JOHNSON, and DUHE, Circuit Judges.

PER CURIAM:[*]

Eligio I. Amador, Texas prisoner #681368, appeals the district court's summary judgment dismissal of his civil rights claims. Amador has failed to include any argument in connection with the district court's reasons for the dismissal of his lawsuit in his pro se pleadings.

Under the mandate announced in Haines v. Kerner,[1] courts must construe pro se pleadings liberally. However, arguments must be

---

[*] Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.

[1] 404 U.S. 519, 520 (1972).

briefed to be preserved for appeal.  <u>Yohey v. Collins</u>, 985 F.2d 222, 224-25 (5th Cir. 1995).  Because Amador has failed to brief any argument related to the reasons articulated by the district court for the summary judgment dismissal of his claims, he has abandoned these claims and waived any such arguments.  <u>Id</u>.

Amador has failed to raise any meritorious argument on appeal. Because his appeal is without merit, it is dismissed as frivolous. <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983); 5TH CIR. R. 42.2.

APPEAL DISMISSED.